UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence Young,

    Plaintiff,

–v–

Cromwell Manor Inn, L.L.C.,

    Defendant.

19-cv-08698 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the fact that Defendant has not yet appeared in the above-captioned action, the initial pretrial conference scheduled for January 10, 2020, is hereby adjourned *sine die*.

The Court notes that Plaintiff has not yet filed proof of service on the Defendant. He shall do so by January 14, 2020. If Plaintiff has served Defendant and Defendant's time to respond has expired, Plaintiff shall move for default judgment by February 14, 2020, following the procedures set forth in Rule 3.L of the Court's Individual Practices in Civil Cases.

Plaintiff is on notice that failure to comply with this Order may result in his claim being dismissed with prejudice for failure to prosecute. Within 5 days, Plaintiff shall serve this Order on Defendant and file proof of that service on the public docket.

SO ORDERED.

Dated: January 7, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge